UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      CASE NO: 09-20987-CR-HOEVELER

    Plaintiff,

vs.

WINSTON GERALD BURKE,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S "FAST TRACK PETITION"

THIS CAUSE came before the Court upon Defendant's "Fast Track Petition" which was filed on May 8, 2012. Defendant entered a guilty plea on June 28, 2010, and was sentenced to a total of forty (40) months, concurrent, as to each of three counts of violating 21 U.S.C. § 841(a)(1). Defendant seeks a sentence reduction pursuant to: 1) the Fair Sentencing Act of 2010, 2) "a retroactively amended guidelines on March 1, 2012, and 3) "the new fast-track provision."

Defendant's sentence was imposed based on his admitted illegal possession of MDMA and BZP, i.e., controlled substances, and not for either an immigration violation nor a cocaine possession violation. As such, the claimed basis for a sentence reduction is inapplicable, and Defendant's Petition[1] is DENIED.

DONE AND ORDERED in chambers in Miami, Florida, this 10th day of July, 2013.

                                        /s/ William Hoeveler
                                        _____
                                        WILLIAM M. HOEVELER
                                        Senior United States District Judge

---

[1] A review of that petition reveals that Defendant was scheduled for release from his sentence prior to today's date, which suggests that the relief requested in Defendant's "Fast Track Petition" may be moot in any event.

Copies to:
    Winston Gerard Burke,
        BOP # 77911-053
        D. Ray James Facility
        P.O. Box 2000
        Folkston, GA 31537